UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GOMEZ, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive<br><br>          Defendants. | Case No: 8:21-cv-00551-CJC-JDE<br><br>**ENTRY OF STIPULATED PROTECTIVE ORDER** |

FOR GOOD CAUSE SHOWN, the Stipulation for a Protective Order (Dkt. 13) is entered as an Order of the Court.

DATED: June 07, 2021

_____
JOHN D. EARLY
United States Magistrate Judge

1

**ORDER RE: STIPULATED PROTECTIVE ORDER DATED JUNE 3, 2021**