DAVID N. BARRY (SBN 219230)
 e-mail: dbarry@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: (310) 684-5859
Facsimile:  (310) 862-4539


Attorney for Plaintiff,
JAVIER GOMEZ


MATTHEW M. PROUDFOOT, ESQ. (SBN 155988)
 e-mail: mproudfoot@g3pmlaw.com
GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP

38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265


Attorneys for Defendant
FCA US, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GOMEZ, an individual; | ) Case No. 8:21-cv-00551-CJC-JDE |
| Plaintiff, | ) |
| vs. | ) **JOINT NOTICE OF SETTLEMENT** |
| FCA US, LLC, a Delaware Corporation; and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Javier Gomez and Defendant FCA US, LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while

performance of the settlement terms are pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.


Dated:  September 9, 2021         **THE BARRY LAW FIRM**


By:___*/s/ David N. Barry*_____
      David N. Barry
      Attorney for Plaintiff, JAVIER GOMEZ


Dated:  September 9, 2021         **GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**


By:__*/s/ Matthew M. Proudfoot*_____
      Matthew M. Proudfoot
      Attorney for Defendant, FCA US, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____/s/ David N. Barry_____

JOINT NOTICE OF SETTLEMENT